UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MORNING STAR BAPTIST CHURCH OF VINTON, LOUISIANA *Plaintiff* | CIVIL ACTION NO. 2:22-cv-01196 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. *Defendant* | MAGISTRATE THOMAS P. LEBLANC |

**ORDER**

Considering the foregoing;

IT IS HEREBY ORDERED that the above entitled and numbered cause be and the same is hereby dismissed with each party to bear its own costs.

**THUS DONE AND SIGNED in Chambers this 22nd day of April, 2024.**

**JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE**

{01811467.DOCX;1}